

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00610-CV

**IN THE INTEREST OF C.J.K.**, L.D.C.M., and T.M.L, Children[1]

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 12-09-0495-CVW
Honorable Thomas F. Lee, Judge Presiding

Opinion by:    Rebeca C. Martinez, Justice

Sitting:    Karen Angelini, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:    February 5, 2014

AFFIRMED

This is an appeal from the trial court's termination of appellant's parental rights. Counsel for appellant has filed a brief representing that he has conducted a professional evaluation of the record and determined that there are no meritorious issues to raise on appeal. Counsel concludes the appeal is frivolous. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, order) (applying *Anders* procedure to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem. op.). In compliance with the procedure in *Anders*, counsel sent a copy of counsel's brief to

---

[1] This appeal involves only C.J.K. and L.D.C.M., even though the style includes all three children.

appellant, and informed appellant of his right to file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.). Appellant has not filed a pro se brief.

After reviewing the record from the trial on the merits and counsel's brief, we agree that the appeal is frivolous and without merit. Accordingly, we affirm the trial court's judgment, and grant counsel's motion to withdraw. *Nichols*, 954 S.W.2d at 85-86.

Rebeca C. Martinez, Justice